UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEFFERY A. HUGHES                                                          CIVIL ACTION

VERSUS                                                                           NO. 07-7172

SOCIAL SECURITY ADMINISTRATION                                 SECTION "R" (2)


**FINDINGS AND RECOMMENDATION**

Plaintiff, who is represented by counsel, filed this complaint in this court on October 23, 2007, seeking judicial review pursuant to Section 405(g) of the Social Security Act.  Record Doc. No. 1.

An answer to the complaint was filed on February 15, 2008. Record Doc. No. 8. Thereafter, a scheduling order was issued by the undersigned magistrate judge requiring that plaintiff file a memorandum of facts and law no later than March 17, 2008.  Record Doc. No. 9.

The court granted plaintiff two extensions of the deadline for filing a memorandum of facts and law. Record Doc. Nos. 13 and 15. The first order granting an extension of time required that plaintiff file a memorandum of facts and law no later than

May 16, 2008. Record Doc. No. 13. The second order granting an extension of time required plaintiff's memorandum of facts and law to be filed no later than June 16, 2008. Record Doc. No. 15.  However, plaintiff has failed to file a memorandum as ordered by the court.

Rule 41(b) of the Federal Rules of Civil Procedure provides that a court may in its discretion dismiss any action based on the failure of the plaintiff to prosecute or comply with any order of the court.  <u>Hulsey v. State of Texas</u>, 929 F.2d 168, 171 (5th Cir. 1991); <u>McCullough v. Lynaugh</u>, 835 F.2d 1126, 1127 (5th Cir. 1988); <u>Brinkmann v. Dallas County Deputy Sheriff Abner</u>, 813 F.2d 744, 749 (5th Cir. 1987).

In a final effort to provide plaintiff with an opportunity to show cause why this complaint should not be dismissed, I am issuing these Findings and Recommendation to the presiding United States District Judge.  Plaintiff is advised that he may object to these Findings and Recommendation within ten (10) days from the date of service of this report.  The plaintiff is advised that any objection should be in writing and filed with the Clerk of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on a written document containing the caption of this lawsuit.  It is suggested to the plaintiff that the objection should contain a short summary of the reasons why plaintiff failed to comply with the court's previous order.

Plaintiff is advised that failure to file written objections to the Magistrate Judge's Findings and Recommendation may and probably will result in dismissal of plaintiff's suit. A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's findings and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Servs. Auto. Ass'n</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

## RECOMMENDATION

It is recommended that, if plaintiff does not file written objections to these Findings and Recommendation, the claims of Jeffery A. Hughes be dismissed with prejudice for failure to prosecute.

New Orleans, Louisiana, this ____18th____ day of June, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE