```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| JEFFERY A. HUGHES | CIVIL ACTION |
| VERSUS | NO: 07-7172 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "R"(2) |

### ORDER

Having reviewed *de novo* the complaint, the applicable law, and the Magistrate Judge's Findings and Recommendation, the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly, it is ordered that plaintiff's claims are DISMISSED with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

New Orleans, Louisiana, this 25th day of July, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE